## No. 5912.

### JOHN DAWSON vs. EUGENE BOISSEAU.

Where the articles of partnership stipulate its duration, it will be held to have terminated as thus stipulated unless a prolongation of it is shewn either by agreement, or by acts which sufficiently exhibit the intention of the parties to continue it. In applying a pleaded prescription therefore, time will be reckoned from the date of dissolution agreed on in the articles.

APPEAL from the Sixth District Court of New Orleans.    SAUCIER, J.

*Bayne & Renshaw* and *Collens* for Plaintiff Appellant.    *Schmidt* for Defendant.

MANNING, C. J., delivered the opinion affirming the judgment.

## No. 5924.

### ELIZA ANN AINSLEE vs. SCHMIDT & ZIEGLER.

In a suit for damages for the illegal seizure of moveables belonging to the plaintiff, made by the defendants, lessors of the Ocean Springs Hotel in Mississippi, in proceedings against their tenant and lessee, the husband of the plaintiff, the statute of Mississippi in evidence being; — "no goods or chattels found or being in or upon any demised premises and not belonging to the tenant, or to some person bound or liable for the rent thereof, shall be liable to be distrained for said rent;" but another section of the same statute enacting that "no person claiming title to such property distrained for rent shall in any manner avail himself of the provisions of this act unless by a writ of replevin sued out and levied before the sale of such property under the distress;" and it appearing that no attempt was made to prevent the sale of the property distrained by writ of replevin or otherwise, *held*, that no recovery can be had.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Dibble* and *Pratt* for Plaintiff Appellant.    *Grover* for Defendants.

WHITE, J., delivered the opinion.